UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARGO GLOBAL, INC.,

                Petitioner,

-v.-

SARAH ANGELETTE,

                Respondent.

20 Civ. 7535 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

For the reasons articulated on the record at the November 18, 2020 hearing, Petitioner's petition to compel arbitration is GRANTED IN PART and DENIED IN PART. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.[1]

SO ORDERED.

Dated:    November 18, 2020
             New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge

---

[1] "[W]hen all the claims in an action have been referred to arbitration and a stay [is] requested" the FAA "mandate[s] a stay of proceedings." *Katz* v. *Cellco P'ship*, 794 F.3d 341, 343, 347 (2d Cir. 2015). However, here, the Court declined to refer all claims to arbitration. Nor has any party has requested a stay of this case. Because the Court has resolved the petition to compel arbitration, which petition is the only action before this Court, there is no longer a live controversy before the Court to stay. *See Wells Fargo Advisors, L.L.C.* v. *Tucker*, No. 15 Civ. 7722 (VEC), 2016 WL 6208566, at *2-3 (S.D.N.Y. Oct. 21, 2016).