UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KARGO GLOBAL, INC.,

                  Petitioner,                  20 **CIVIL** 7535 KPF)

      -against-                             **JUDGMENT**

SARAH ANGELETTE,

                  Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2020, For the reasons articulated on the record at the November 18, 2020 hearing, Petitioner's petition to compel arbitration is GRANTED IN PART and DENIED IN PART; accordingly, this case is closed**.**

**Dated**: New York, New York
        November 19, 2020

                                                **RUBY J. KRAJICK**
                                                    Clerk of Court
                   **BY:**
                                                    Deputy Clerk